| AO 10 Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leval, Pierre N. | U.S. Court of Appeals, 2nd Cir | 5/15/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination,     Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 40 Foley Square Rm 1901 <br> New York, NY 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council member - Emeritus | The American Law Institute |
| 2. Trustee, Executor | ▨▨▨▨ |
| 3. Member - Photography Committee | Museum of Modern Art |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Leval, Pierre N.**

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec. | State St. Cultural Inst. Pension Plan - pension |
| 2. | Jan.-Dec. | Pollock-Krasner Foundation - advisory |
| 3. | Jan. | Columbia University - lecture |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Southern California | 3/20 - 3/28 | Los Angeles, California | Teach | Travel and lodging |
| 2. | University of Houston | 6/03 - 6/06 | Santa Fe, New Mexico | Lecture and attend conference | Travel and lodging |
| 3. | European University Institute | 10/15 - 10/16 | Florence, Italy | Lecture and attend conference | Travel and lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MONY | Loan on life insurance policy | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Abbot Labs (common stock) | E | Dividend | O | T | Sold (part) | 10/15/10 | J | D | |
| 2. | Exxon Mobil (common) | D | Dividend | N | T | | | | | |
| 3. | Life Technologies - Common | | None | M | T | | | | | |
| 4. | Applera - Celera Gen (CRA) (formerly PE Celera Genomics(com) | | None | K | T | | | | | |
| 5. | MRO | A | Dividend | J | T | | | | | |
| 6. | Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 7. | FMC Money Mkt (Dreyfus) | A | Interest | J | T | | | | | |
| 8. | FMC Select Fund (common) | C | Dividend | N | T | | | | | |
| 9. | FMC Select Fund - self (See * in Part VIII) | | None | | | Sold (part) | 01/28/10 | J | | |
| 10. | | | None | | | Sold (part) | 02/25/10 | J | | |
| 11. | " - self | | None | | | Sold (part) | 03/30/10 | J | | |
| 12. | " - self | | None | | | Buy (add'l) | 04/01/10 | J | | |
| 13. | " - self | | None | | | Sold (part) | 04/28/10 | J | | |
| 14. | " - self | | None | | | Sold (part) | 05/28/10 | J | | |
| 15. | " - self | | None | | | Buy (add'l) | 06/11/10 | J | | |
| 16. | " - self | | None | | | Sold (part) | 06/28/10 | J | | |
| 17. | " - self | | None | | | Buy (add'l) | 07/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. " - self | | None | | | Sold (part) | 07/28/10 | J | | |
| 19. " - self | | None | | | Sold (part) | 08/30/10 | J | | |
| 20. " - self | | None | | | Sold (part) | 09/09/10 | J | | |
| 21. " - self | | None | | | Sold (part) | 09/28/10 | J | | |
| 22. " - self | | None | | | Buy (add'l) | 10/01/10 | J | | |
| 23. " - self | | None | | | Sold (part) | 10/15/10 | J | | |
| 24. " - self | | None | | | Sold (part) | 10/28/10 | J | | |
| 25. " - self | | None | | | Sold (part) | 11/29/10 | J | | |
| 26. " - self | | None | | | Sold (part) | 12/28/10 | J | | |
| 27. " - self | | None | | | Buy (add'l) | 12/31/10 | J | | |
| 28. " - self | | None | | | Sold (part) | 12/23/10 | K | | |
| 29. ▓▓▓▓ | | None | | | Buy (add'l) | 04/01/10 | J | | |
| 30. ▓▓▓▓ | | None | | | Buy (add'l) | 05/20/10 | | | |
| 31. ▓▓▓▓ | | None | | | Buy (add'l) | 07/01/10 | J | | |
| 32. ▓▓▓▓ | | None | | | Buy (add'l) | 10/01/10 | J | | |
| 33. ▓▓▓▓ | | None | | | Buy (add'l) | 12/31/10 | J | | |
| 34. Lincoln St. Realty (limited partnership) | | None | J | W | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hershey (common | B | Dividend | L | T | | | | | |
| 36. Smith Barney Liquid Res Fund (common) | B | Dividend | K | T | | | | | |
| 37. Gen. American Inv. (common) (GAM) | C | Dividend | M | T | | | | | |
| 38. Chase Bank (acccount) | A | Interest | J | T | | | | | |
| 39. Chase Bank account | | None | L | T | | | | | |
| 40. Citibank account | | None | J | T | | | | | |
| 41. Art Works | | None | L | W | | | | | |
| 42. Chase bank account (trust) | | None | J | T | | | | | |
| 43. Vanguard GNMA Fixed Income Fund (trust) | C | Interest | L | T | | | | | |
| 44. FHKCX | A | Dividend | K | T | | | | | |
| 45. FEMKX | A | Dividend | J | T | | | | | |
| 46. FUSVX (formerly FSMAX) | A | Dividend | J | T | | | | | |
| 47. FLGEX | A | Dividend | J | T | | | | | |
| 48. HGOCX | | None | J | T | | | | | |
| 49. IHSAX | | None | J | T | | | | | |
| 50. HNSCX | A | Dividend | J | T | | | | | |
| 51. HIOCX | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. HCACX | | None | K | T | | | | | |
| 53. IGNCX | | None | J | T | | | | | |
| 54. TILFX | | None | K | T | | | | | |
| 55. VTRIX | A | Dividend | J | T | | | | | |
| 56. FNYXX | B | Interest | O | T | | | | | |
| 57. Alabama 5.25 bond 11/1/15 | C | Interest | L | T | Buy (add'l) | 08/26/10 | L | | |
| 58. California 4.90 bond | C | Interest | | | Sold | 12/30/10 | L | | |
| 59. Elizabethton 7.00 7/1/20 | C | Interest | M | T | Buy | 01/11/10 | M | | |
| 60. Jacksonville 5.375 8/15/23 | B | Interest | M | T | Buy | 01/15/10 | L | | |
| 61. " (See * in Part VIII) | | None | | | Buy (add'l) | 05/28/10 | K | | |
| 62. Bd. Man. Guadalupe* 5.375 8/15/27 | A | Interest | M | T | Buy | 07/15/10 | K | | |
| 63. " (See * in Part VIII) | | None | | | Buy (add'l) | 08/03/10 | L | | |
| 64. " | | None | | | Buy (add'l) | 10/25/10 | K | | |
| 65. E. Rochester 5.375 bond | D | Interest | M | T | | | | | |
| 66. E. Rochester 5.00 8/15/27 | D | Interest | L | T | | | | | |
| 67. Farmington 5.7 bond | B | Interest | | | Sold | 06/09/10 | K | | |
| 68. Kentucky 6.0 bond 10/1/19 | D | Interest | L | T | Sold (part) | 10/01/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Louisiana 5.250 7/1/24 | A | Interest | L | T | Buy | 10/12/10 | L | | |
| 70. Mahoning 5.5 bond | A | Interest | K | T | | | | | |
| 71. MTA 5.25 4/1/14 bond | D | Interest | M | T | | | | | |
| 72. MTA 5.0 7/1/15 bond | D | Interest | M | T | | | | | |
| 73. MTA 5.625 7/1/16 bond | C | Interest | L | T | | | | | |
| 74. Michigan Hosp. bond | C | Interest | L | T | Buy (add'l) | 10/12/10 | K | | |
| 75. Mission Viejo 6 bond | B | Interest | | | Sold | 01/11/10 | K | | |
| 76. Mississippi Hosp. bond | B | Interest | L | T | | | | | . |
| 77. Muskingum 5.4 bond | B | Interest | K | T | | | | | |
| 78. NYC 5.375 6/1/23 bond | D | Interest | M | T | | | | | |
| 79. NYS Bridge 5.125 1/1/12 bond | B | Interest | K | T | | | | | |
| 80. NY Dorm 5.1 2/15/26 bond | D | Interest | L | T | | | | | |
| 81. NY Dorm 6.45 8/15/24 bond | D | Interest | M | T | | | | | |
| 82. NY Dorm 5.25 8/1/25 bond | D | Interest | M | T | | | | | |
| 83. NY Dorm 5.25 8/1/19 bond | D | Interest | M | T | Sold (part) | 02/01/10 | J | | |
| 84. " (See * in Part VIII) | | None | | | Sold (part) | 08/02/10 | J | | |
| 85. NY Dorm 5.45 8/1/29 bond | C | Interest | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. NY Dorm 5.5 8/1/38 bond | D | Interest | M | T | | | | | |
| 87. NY Dorm 5.4 2/1/31 bond | D | Interest | M | T | | | | | |
| 88. NY Dorm 5.625 8/1/22 bond | B | Interest | | | Sold | 01/07/10 | L | | |
| 89. NY Dorm 6.25 2/1/36 bond | D | Interest | | | Sold (part) | 02/01/10 | J | | |
| 90. " | | None | | | Sold (part) | 08/02/10 | J | | |
| 91. " | | None | | | Sold | 10/07/10 | L | | |
| 92. NY Dorm 5.75 8/1/24 bond | D | Interest | M | T | | | | | |
| 93. NY Dorm 5.375 2/1/17 bond | C | Interest | | | Sold | 09/08/10 | L | | |
| 94. NY Dorm 5.0 bond 4/1/12 | C | Interest | | | Sold | 12/23/10 | L | | |
| 95. NY Dorm 5.45 8/1/35 bond | C | Interest | K | T | | | | | |
| 96. NY Dorm 5.45 8/1/27 bond 5.0 of 2/1/12 $3513 | D | Interest | M | T | | | | | |
| 97. NY Dorm 5.0 2/1/12 bond | C | Interest | L | T | Sold | 12/27/10 | L | | |
| 98. NY Dorm 5.0 2/1/18 bond | C | Interest | L | T | | | | | |
| 99. NY Dorm 5.0 2/1/28 bond | B | Interest | K | T | | | | | |
| 100. NYS Energy 5.5 bond 1/1/21 | C | Interest | L | T | | | | | |
| 101. NYS Envir. 5.125 bond 6/15/19 | D | Interest | M | T | | | | | |
| 102. NYS Mtg. Ag. 5.0 4/1/25 | | None | L | T | Buy | 12/29/10 | K | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  NYS Urban 5.5 bond 7/1/16 | B | Interest | K | T | Sold (part) | 01/04/10 | J | | |
| 104.  " (See * in Part VIII) | | None | | | Sold (part) | 03/22/10 | J | | |
| 105.  Norfolk 5.75 bond 11/1/13 | C | Interest | L | T | | | | | |
| 106.  NC Med 5.5 bond 10/1/24 | B | Interest | | | Sold | 01/14/10 | L | | |
| 107.  NC East Mun 5.5 bond 1/1/21 | D | Interest | M | T | Sold (part) | 10/21/10 | K | | |
| 108.  Peninsula 8.7 bond 8/1/23 | C | Interest | | | Sold | 09/01/10 | K | | |
| 109.  Pima 5.0 12/15/36 | B | Interest | L | T | Buy | 09/08/10 | L | | |
| 110.  RI Dep 6.0 bond 8/1/17 | C | Interest | L | T | | | | | |
| 111.  RIS Health 5.5 bond 5/15/16 | C | Interest | L | T | | | | | |
| 112.  Sacramento 5.0 bond 12/1/16 | C | Interest | L | T | | | | | |
| 113.  St. Paul 5.5 bond 11/1/23 | D | Interest | M | T | Buy (add'l) | 03/25/10 | K | | |
| 114.  Triborough 5.25 1/1/13 bond | C | Interest | L | T | | | | | |
| 115.  Triborough 5.25 1/1/14 bond | D | Interest | M | T | | | | | |
| 116.  Washington 5.25 8/1/23 bond | D | Interest | M | T | | | | | |
| 117.  Washington 6.25 8/1/28 | C | Interest | M | T | Buy | 01/12/10 | L | | |
| 118.  " (See * in Part VIII) | | None | | | Buy (add'l) | 02/02/10 | L | | |
| 119.  Bd. Man. Guadalupe bond 5.375 8/15/27 - | A | Interest | L | T | Buy | 07/15/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. " (See * in Part VIII) | | None | | | Buy (add'l) | 10/25/10 | K | | |
| 121. Califor. 4.9 10/1/13 | C | Interest | L | T | | | | | |
| 122. NY MTA 5.25 4/1/14 bond - | C | Interest | L | T | | | | | |
| 123. Michigan 5.75 8/15/26 | B | Interest | K | T | | | | | |
| 124. Muskingum 5.35 bond - | A | Interest | J | T | Sold (part) | 02/16/10 | J | | |
| 125. NYC Mun 5.75 bond 6/15/13 | B | Interest | K | T | | | | | |
| 126. NYC Ind. 5.375 6/1/23 ond | B | Interest | L | T | | | | | |
| 127. NY Dorm 5.1 2/15/26 bond - | C | Interest | K | T | | | | | |
| 128. NY Dorm 6.45 8/15/24 bond | C | Interest | L | T | | | | | |
| 129. NY Dorm 5.25 8/1/25 bond - | C | Interest | L | T | | | | | |
| 130. NY Dorm 5.5 8/1/38 | C | Interest | L | T | | | | | |
| 131. NY Dorm 5.375 2/1/17 bond | B | Interest | | | Sold | 09/09/10 | K | | |
| 132. NY Dorm 5.0 2/1/12 bond | B | Interest | K | T | | | | | |
| 133. NY Dorm 5.0 2/1/28 bond - | C | Interest | L | T | | | | | |
| 134. Norfolk 5.75 bond - | C | Interest | L | T | | | | | |
| 135. North Car. 5.5 1/1/21 bond | C | Interest | K | T | Sold (part) | 10/21/10 | K | | |
| 136. RI Health 5.5 bond - | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Waco TX bond 5.0 8/1/31 | A | Interest | K | T | Buy | 09/09/10 | K | | |
| 138. New Providence Assoc. LP fund | | None | N | T | | | | | |
| 139. JPMorgan Tax Free Bond VANTX | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N. | 5/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* The first line relating to this security reports the year's end holdings and the dividends and interest received during the year from this security. Subsequent lines for the same security report purchases, sales and gains from such sales.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Leval, Pierre N. | 5/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Pierre N. Leval**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544